(No. 6091. April 28, 1934.)

SAFEWAY STORES INC., a Corporation, Appellant, v. BEN DIEFENDORF, Commissioner of Finance of the State of Idaho, and B. H. MILLER, Attorney General of the State of Idaho, Respondents.

[32 Pac. (2d) 798.]

Hoyt E. Ray and Frawley and Barnes, for Appellant.

B. H. Miller, Attorney General, Leo M. Bresnahan, Assistant Attorney General, and Richards and Haga, for Respondents.

WERNETTE, J.—The law applicable to *J. C. Penney Company v. Diefendorf, ante,* p. 374, 32 Pac. (2d) 784, argued and submitted at this term, is decisive of this case. Upon the authority of the opinion in that case the judgment in this case is affirmed, with costs awarded to respondents.

Budge, C. J., and Givens, Morgan and Holden, JJ., concur.

Petition for rehearing denied.